UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. __04-10101__

_KENNETH E. SMITH_____
                    **Defendant**

CRIMINAL MISDEMEANOR CASES

**REFERENCE FOR REVIEW**

In accordance with 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-captioned case is referred to Judge __O'Toole____, acting in his/her capacity as the Miscellaneous Business Docket Judge, for determination as to whether the case shall be continued before the District Court or referred to a Magistrate Judge for disposition.

Date__April 5, 2004                                 Deputy Clerk_____

**O R D E R**

After review of this case pursuant to the provisions of 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, it is hereby ORDERED that this case be:

( )    Continued before the District Court.

(✓)    Referred to a Magistrate Judge of this Court.

Date__5/19/04_____                                District Judge_____

**REFERENCE FOR DISPOSITION**

In accordance with the above order of the Court, this case is assigned to Magistrate Judge __Cohen_____, pursuant to Rule 7(b)(5) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Date 5-19-04                                        Deputy Clerk_____

(CR Misdemeanor.wpd - 09/96)                                            [krefrev.]
                                                                        [kendo.]
                                                                        [kcsasgn.]