# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO. <u>04-10101 LPC</u> |
| <u>KENNETH E. SMITH</u><br>    Defendant | |

### NOTICE OF ARRAIGNMENT

<u>Lawrence P. Cohen, M.J.</u>

   **PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT at <u>2:15p.m</u>. On <u>June 15, 2004</u> before Judge <u>LAWRENCE P. COHEN, MJ</u> in <u>Courtroom # 23</u> on the <u>7</u>$^{th}$ floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

   Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

   Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

                                                                TONY ANASTAS,
                                                                CLERK OF COURT

Date: <u>June 3, 2004</u>                          By   <u>/s/ Maria Simeone</u>
                                                                Courtroom Deputy


Notice mailed/e-mailed to: all counsel of record