AO 86A
(3/81)

# United States District Court
FOR THE

_____

United States of America

vs.

___[signature]___

Docket No. _____

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge.

**I HEREBY:** **Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

X ___[signature]___,
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury before either a United States district judge or a United States magistrate.

**I HEREBY:** **Waive (give up) my right to trial by jury.**

X ___[signature]___,
Defendant

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** **Waive (give up) my right to have at least thirty days to prepare for trial.**

X ___[signature]___,
Defendant

6-15-04

Date

Before

UNITED STATES MAGISTRATE

___[signature]___,
Defendant's Attorney (if any)