UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO:  04-10101-LPC

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| KENNETH SMITH,<br>Defendant. | )<br>)<br>) |

## MOTION FOR CONTINUANCE

Now comes the Defendant and requests this Honorable Court continue the matter

for sentencing from October 13, 2004, until a time mutually agreeable by the court and

the parties.  In support of this motion, an affidavit of counsel is enclosed herewith.  The

United States Attorney's Office assented to Defendant's request for a continuance.

Respectfully Submitted,
The Defendant,
By His Attorney,

Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 6
Centerville, MA 02632
(508) 771-7444

Dated:  October 4, 2004
H:\Smith Dr Kenneth\United States of America v. Kenneth Smith\Motion for Continuance.doc