UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) CRIMINAL NO. 04-10101-LPC <br> KENNETH SMITH ) <br> ) <br> Defendant. ) <br> ) | |

### GOVERNMENT'S ASSENTED-TO MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S DOWNWARD DEPARTURE MEMORANDUM

On or about October 6, 2004, defendant Kenneth Smith filed and served, by first class mail, a Memorandum in Support of Downward Departure From Sentencing Guidelines.  Through this motion, the United States seeks a two-day extension of time within which to file its response to the defendant's departure request, from October 20 to October 22, 2004.  Sentencing is scheduled for November 16, 2004.  The requested extension will not affect that date.

Counsel for the defendant has assented to this motion.

                                                                                     Respectfully submitted,

                                                                                     MICHAEL J. SULLIVAN
                                                                                      United States Attorney

                                                    By:    /s/ Michael J. Pineault
                                                                                Michael J. Pineault
                                                                                Assistant U.S. Attorney
                                                                                United States Courthouse, Suite 9200
                                                                                1 Courthouse Way
                                                                                Boston, MA  02210
Dated: October 20, 2004                        (617) 748-3261

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax:

Peter M. Daigle, Esq.
1550 Falmouth Road
Centerville, MA 02632

This 20th day of October, 2004

   /s/ Michael J. Pineault
Michael J. Pineault